UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN, BAY CITY DIVISION

IN RE:

                                  Case No. 10-21903-DSO

DEBORAH S MCCLURE               Chapter 7

                                   HON. DANIEL S. OPPERMAN

      Debtor,

_____ /

## NOTICE OF CLAIMS UNDER $5.00

TO: CLERK OF THE COURT

      NOW COMES Daniel C. Himmelspach, Trustee, and states that he currently has funds in the amount of $3.19 for deposit in the U.S. Registry made payable to U.S. Bankruptcy Court.

      The basis for payment of said funds to the U.S. Registry is Claims under $5.00 on behalf of the following creditors:

| Claim No. | Claimant | Amount of Dividend |
|:---:|:---|---:|
| 3 | GE Money Bank | $3.19 |

Dated: November 9, 2011             /s/ Daniel C. Himmelspach
                                   Daniel C. Himmelspach (P31950)
                                   Chapter 7 Trustee
                                   916 Washington, Ste. 305
                                   Bay City, MI 48708
                                   (989) 892-0400
                                   trusteehimmelspach@gmail.com